UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILLARY TUCKETT,

     Plaintiff,

v.

CRESTVIEW CADILLAC, INC., *et al.*,

     Defendants.

_____/

Case No. 26-cv-10772
Hon. Matthew F. Leitman

## ORDER GRANTING PLAINTIFF LEAVE
## TO FILE A FIRST AMENDED COMPLAINT

On February 9, 2026, Plaintiff Hillary Tuckett filed a Complaint in this action against Defendant Crestview Cadillac, Inc. and David Beckett. (*See* Compl., ECF No. 1-1.)  Defendants have now filed a motion to dismiss the claims brought by Tuckett pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 2.)  One of bases for dismissal is that Tuckett has failed to plead sufficient facts in support of at least some of her claims. (*See id*.)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Tuckett the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims identified by the Defendants in the motion to dismiss.  The Court does not anticipate allowing Tuckett another opportunity to amend to add factual allegations that she could now include in a First Amended Complaint.  Simply put, this is Tuckett's opportunity to allege any and all

1

additional facts, currently known to her, that may cure the alleged deficiencies in her claims.

By **March 30, 2026**, Tuckett shall file a notice on the docket in this action notifying the Court and the Defendants whether she will be filing a First Amended Complaint.  If Tuckett provides notice that she will be filing a First Amended Complaint, she shall file that amended pleading by no later than **April 10, 2026**.  If Tuckett provides notice that she will not be filing a First Amended Complaint, she shall file a response to the Defendants' pending motion to dismiss by no later than **April 10, 2026**.

Finally, if Tuckett provides notice that she will be filing an amended pleading, the Court will terminate without prejudice the Defendants' motion to dismiss as moot.  The Defendants may re-file a motion to dismiss directed at the First Amended Complaint if the Defendants believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  March 19, 2026          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2