UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILLARY TUCKETT,

     Plaintiff,

v.

CRESTVIEW CADILLAC, INC., *et al.*,

     Defendants.

Case No. 26-cv-10772
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANTS'
### MOTION TO DISMISS (ECF No. 2) WITHOUT PREJUDICE

On February 9, 2026, Plaintiff Hillary Tuckett filed a Complaint in this action against Defendant Crestview Cadillac, Inc. and David Beckett. (*See* Compl., ECF No. 1-1.)  Defendants then filed a motion to dismiss the claims brought by Tuckett pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 2.)

On March 19, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Tuckett the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims identified by the Defendants in the motion to dismiss. (*See* Order, ECF No. 7.)  The Court informed the parties that if Tuckett provided notice that she would be filing an amended pleading, the Court would terminate the Defendants' motion to dismiss without prejudice. (*See id.*)

On March 30, 2026, Tuckett filed a notice that she intends to file a First Amended Complaint. (*See* Notice, ECF No. 9.)   Accordingly, the Court **TERMINATES** the Defendants' now-pending motion to dismiss (ECF No. 2) **WITHOUT PREJUDICE**.   The Defendants may re-file a motion to dismiss directed at the First Amended Complaint if the Defendants believe that such a motion is appropriate after reviewing that pleading.

    **IT IS SO ORDERED.**

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2026, by electronic means and/or ordinary mail.

                            s/Holly A. Ryan
                            Case Manager
                            (313) 234-5126