UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILLARY TUCKETT,

Plaintiff,

Case No. 26-cv-10772
Hon. Matthew F. Leitman

v.

CRESTVIEW CADILLAC, INC., *et al.*,

Defendants.

______________________________________________________________/

**ORDER DENYING DEFENDANTS' RENEWED MOTION TO DISMISS (ECF No. 12)**

On October 14, 2026, the Court held a hearing on Defendants Crestview Cadillac, Inc. and David Beckett's renewed motion to dismiss amended complaint in lieu of an answer. (*See* Mot., ECF No.12.) For the reasons stated on the record at that hearing, Defendants' motion is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126